FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 ₂ 2008

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02536 *bnß*

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

DANA COOPER #135056,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
C/O HARDY,
MAJOR LLOYD WAIDE, and
C/O NICHOLAS HANEY,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __    is not submitted
(2)   __    is missing affidavit

(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official.</u>)

(4)   ___   is missing required financial information

(5)   ___   is missing an original signature by the prisoner

(6)   ___   is not on proper form (must use the court's current form)

(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(8)   ___   An original and a copy have not been received by the court. Only an original has been received.

(9)   ___   other:_____.

**Complaint, Petition or Application:**

(10)   ___   is not submitted

(11)   ___   is not on proper form (must use the court's current form)

(12)   ___   is missing an original signature by the prisoner

(13)   ___   is missing page nos. ___

(14)   ___   uses et al. instead of listing all parties in caption

(15)   ___   An original and a copy have not been received by the court. Only an original has been received.

(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___   names in caption do not match names in text

(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___19ᵗʰ___ day of ___November___, 2008.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 02536**

Dana Cooper
Prisoner No. 135056
Sterling Correctional Facility
PO Box 6000 - Unit 8A 1-5
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____11/21/08_____

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk