IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02536-BNB

DANA COOPER,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
C/O HARDY,
MAJOR LLOYD WAIDE, and
C/O NICHOLAS HANEY

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2008

GREGORY C. LANGHAM
    CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya.

DATED December 12, 2008, at Denver, Colorado.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02536-BNB

Dana Cooper
Prisoner No. 135056
Sterling Correctional Facility
PO Box 6000 - Unit 8A 1-5
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/12/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk