IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02536-CMA-KMT

DANA COOPER,

    Plaintiffs,

v.

WARDEN KEVIN MILYARD,
C/O HARDY,
MAJOR LLOYD WAIDE, and
C/O NICHOLAS HANEY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Continue" (#14, filed December 31, 2007) is construed as a motion to withdraw Plaintiff's previously-filed motion to dismiss his complaint (#12), and is GRANTED. The "Motion to Withdraw/Dismiss Complaint" (#12) is WITHDRAWN.

Dated: January 9, 2009